UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN MARIE ROTTA-HITE,

    Plaintiff,

v.

    Case No. 1:22-cv-898

COMMISSIONER OF SOCIAL SECURITY,

    HONORABLE PAUL L. MALONEY

    Defendant.

_____/

# JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.


Dated: March 31, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge